IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRELL PANKEY and SMITH COUNTY STONE, LLC     PLAINTIFFS

v.     NO. 4:13-CV-4046-SOH

WESTERN ARKANSAS ROCK, INC.; AMELIA
MINERALS, LLC; DAVID J. POTTER; BILLY JOE
DUFFIELD; LARRY DUFFIELD; LUKE DUFFIELD;
and RANDY DUFFIELD     DEFENDANTS

## AGREED PROTECTIVE ORDER

The Court has ordered that the parties agree to a protective order concerning Plaintiffs' discovery requests submitted in this litigation regarding certain requested financial records and customer records as described in the Court's Order dated January 31, 2014, Document No. 57, and from consideration thereof, and other matters of record herein, the Court finds as follows:

1. Pursuant to the Court's authority under Fed. R. Civ. P. 26(c), a protective order should be issued with regard to the production of the certain financial records and customer records as described in the Court's Order dated January 31, 2014, Document No. 57, in connection with this litigation.

2. The certain financial records and customer records as described in the Court's Order dated January 31, 2014, Document No. 57, which are produced during the discovery and litigation of this matter shall not be disclosed by Plaintiffs, Defendants, their counsel or representatives, or witnesses to any person other than

counsel for the parties and their employees actively engaged in the conduct of this litigation, any experts retained for the purpose of assisting counsel in trial preparation, and witnesses who may testify in this action, provided that the individual for whom disclosure is made is advised of this order prior to disclosure. The provisions of this order shall not terminate at the conclusion of this action. Also, such disclosure shall be made in a manner that the confidential information does not become a matter of public record, unless Plaintiffs are granted authorization by this Court to allow the information to become a matter of public record for the purpose of using such information in the pursuit of litigation.

3. This Order does not constitute a finding that the confidential information is relevant or otherwise admissible at trial. This Order does not constitute a finding that Defendants have waived any objections to the authenticity, confidentiality, relevance or other objections to admissibility of the files at trial; nor does it constitute a finding that Defendants have waived any objections to the production of the same or similar information which may be sought in other litigation or other proceedings.

4. Within 120 days after final conclusion of all aspects of this litigation, all confidential documents and all copies of the same shall be returned to Defendants and a certificate made by Plaintiffs' counsel of compliance herewith and delivered to Defendants' counsel.

IT IS SO ORDERED this __12th__ day of __February__, 2014.

_____
Honorable Barry A. Bryant
U.S. Magistrate Judge

PREPARED BY:

RANDY P. MURPHY, Bar No. 88046
TONY A. DICARLO, III, Bar No. 2006046
400 W. Capitol Avenue, Suite 2400
Little Rock, AR 72201-4851
Telephone: 501-372-1887
Facsimile: 501-372-7706
E-Mail: murphy@amhfirm.com
E-Mail: dicarlo@amhfirm.com

/s/ Tony A. DiCarlo, III
*Co-Counsel for Billy Joe Duffield,
Larry Duffield, Randy Duffield,
and Amelia Minerals, LLC*

AND

David A. Grace
HARDIN & GRACE, P.A.
P.O. Box 5851
North Little Rock, Arkansas 72119
*Co-Counsel for Billy Joe Duffield,
Larry Duffield, Randy Duffield,
and Amelia Minerals, LLC*

APPROVED AS TO FORM:

/s/ James S. Robertson, Jr.
James S. Robertson, Jr.
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
*Attorneys for Plaintiffs*

/s/ Joshua Potter
Joshua Potter
Jacob Potter
THE POTTER LAW FIRM
117 E. Broad St.
Texarkana, AR 71854
*Attorneys for Western Arkansas Rock*

3

/s/ Alex Streett
Alex Streett
James Streett
Robert Veach
STREETT LAW FIRM, P.A.
107 W. Main St.
Russellville, AR 72801
*Attorneys for Luke Duffield*