IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRELL PANKEY and
SMITH COUNTY STONE, LLC                                                PLAINTIFFS

VS.                              Civil No. 4:13-cv-4046

WESTERN ARKANSAS ROCK, INC.                                            DEFENDANT

## JUDGMENT

In accordance with the jury's verdict (ECF Nos. 135-136) and the Court's previous Order (ECF No. 148), Judgment is hereby entered in favor of Defendant Western Arkansas Rock, Inc. and against Plaintiffs in the amount of $460,231.04.[1]  Post-judgment interest will accrue at a rate of .24%.

**IT IS SO ORDERED**, this 13th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] This total reflects $1,600.00 in audit costs, $358,993.38 in trebled unpaid royalties, $62,461.91 in prejudgment interest, and $37,175.75 in attorney's fees.